# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

**Marisol Cardenas**

**On behalf of Herself and
all others similarly situated,**

      **Plaintiffs**

      v.                                         Case No. 22CV961

**Zignego Co., Inc.**

      **Defendant.**

## JOINT MOTION FOR PRELIMINARY SETTLEMENT APPROVAL

The parties, by their attorneys, hereby move the Court to grant the following relief:

1. Certify, for settlement purposes only, Marisol Cardenas as the class representative, and the Previant Law Firm S.C. as class counsel, for the following opt-out class pursuant to Rule 23 of the Federal Rules of Civil Procedure:

> All hourly employees who received both H & W pay and overtime pay for at least one hour worked between August 22, 2020 and February 20, 2024.

2. Grants preliminary approval to the Parties' Settlement Agreement (the "Agreement"), which is attached as Exhibit 1 to the parties' Joint Motion for Preliminary Settlement Approval ("Motion"), subject only to the objections of Collective and Class Members who are participating in the proposed settlement and final review by the Court;

3. Approves the form and content of the proposed Settlement Notice Packet, which includes the Notice and Opt-Out Form that are attached as Exhibits 2 and 3 to this Motion, and authorizes the parties to mail the Settlement Notice Packet to collective members and class members;

4. Orders that all Opt-Out Letters, and objections to the Settlement are considered timely if they are post-marked within thirty (30) days of the date that proposed Class Counsel mails the Settlement Notice Packet to class members;

5. Sets a date and time for the Final Approval Hearing approximately 120 days after the Court grants preliminary approval to the parties' settlement agreement, so that the parties have sufficient time to provide notice to collective and class members, receive opt-out forms and objections from collective and class members if any, compute the payouts for all collective and class members, and prepare and submit their Motion for Final Approval of the Settlement Agreement along with Plaintiff Counsel's Motion for Approval of Attorneys' Fees, Costs, and Class Representative Incentive Awards; and

6. Sets a deadline for the Parties to submit their Joint Motion for Final Approval and for Plaintiffs' Counsel to submit the Motion for Approval of Attorneys' Fees and Costs, no earlier than two weeks in advance of the date for the Final Approval Hearing.

This Motion is supported by the attached Memorandum of Law and citations to the record contained therein, the Declaration of Yingtao Ho and exhibits attached thereto, along with the parties' Stipulation for Class Certification.

Submitted this 26th day of November, 2024.

/s/Yingtao Ho
Yingtao Ho
THE PREVIANT LAW FIRM, S.C.
Attorney for Plaintiffs
310 West Wisconsin Avenue, Suite 100MW
Milwaukee, WI 53203
414-271-4500 (Telephone)
414-271-6308 (Fax)
Email: yh@previant.com

Attorneys for Plaintiff

**MICHAEL BEST & FRIEDRICH LLP**

By: *s/ Elizabeth A. Odian*
Mitchell W. Quick, SBN 1001493
Elizabeth A. Odian, SBN 1084776
Devin S. Hayes, SBN 1089943
Michael Best & Friedrich LLP
790 N. Water Street, Suite 2500
Milwaukee, WI 53202
Telephone: 414-225-2755
Fax: 414-277-0656
mwquick@michaelbest.com
eaodian@michaelbest.com
dshayes@michaelbest.com

Attorneys for Defendant Zignego Company