UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**Marisol Cardenas**

**On behalf of Herself and
all others similarly situated,**

      **Plaintiffs**

      **v.**                                    Case No. 22CV961

**Zignego Co., Inc.**

      **Defendant.**

## JOINT MOTION FOR FINAL SETTLEMENT APPROVAL

Pursuant to 29 U.S.C. §216(c) and Rule 23(e) of the Federal Rules of Civil Procedure; which respectively prohibit private settlements of FLSA claims and require court approval for class settlements, the parties hereby move this Court for an Order granting final approval to the FLSA collective and Rule 23 class action settlements of this matter. This motion is supported by the attached memorandum of law, the Declaration of Yingtao Ho and supporting exhibits, and on the entire record herein.

Consistent with Paragraph 6E of the Settlement Agreement, the Parties respectfully request that the Court enter an order that:

    a.    Approves the Settlement Agreement as fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23(e);

    b.    Declares that the Settlement Agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA;

    c.    Declares the Settlement Agreement to be binding on Zignego, the Class Representative, all Class Members, and all Collective Members;

d.  Approves the making of settlement payments to collective and class members in the amounts set forth in Exhibit 2 to the Declaration of Yingtao Ho;

e.  Dismisses with prejudice the Class Members' and Collective Members' claims against the Released Parties in this Lawsuit; and

f.  Dismisses the Lawsuit with prejudice.

Dated this 4th day of April, 2025.

        s/Yingtao Ho
        Yingtao Ho
        Email: yh@previant.com
        Wis. Bar #1045418
        Attorney for Plaintiffs
        The Previant Law Firm S.C.
        310 W. Wisconsin Avenue, Suite 100MW
        Milwaukee, WI 53203
        Telephone: 414-271-4500
        Fax: 414-271-6308

**MICHAEL BEST & FRIEDRICH LLP**

By: *s/ Elizabeth A. Odian*
Mitchell W. Quick, SBN 1001493
Elizabeth A. Odian, SBN 1084776
Devin S. Hayes, SBN 1089943
Michael Best & Friedrich LLP
790 N. Water Street, Suite 2500
Milwaukee, WI 53202
Telephone: 414-225-2755
Fax: 414-277-0656
mwquick@michaelbest.com
eaodian@michaelbest.com
dshayes@michaelbest.com

Attorneys for Defendant Zignego Company