UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MARISOL CARDENAS,

    Plaintiff,

v.

ZIGNEGO CO., INC.,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 22-cv-961-pp

---

☐   **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑   **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that judgment is entered in favor of the plaintiff and against the defendant in the amount of $529,522.53, allocated as follows: $344,219.76 to class and collective members; $176,417 in attorney fees and costs; $8,885.77 as an incentive award to the named plaintiff.

    **THE COURT ORDERS** that this case is **DISMISSED WITH PREJUDICE**.

    Approved and dated in Milwaukee, Wisconsin this 1st day of May, 2025.

                                  **BY THE COURT:**

                                  **HON. PAMELA PEPPER**
                                  **Chief United States District Judge**

                                  GINA M. COLLETTI
                                  Clerk of Court

                                  s/ *Cary Biskupic*
                                  (by) Deputy Clerk